IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMIR HAKIM MCCAIN | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 18-1187 |
| KIM SMITH, JEFF CASE and | : |
| ERIN IRELAND | : |

# **ORDER**

AND NOW, this    8th    day of November, 2021, it is hereby ORDERED Defendants' Motion to Dismiss Plaintiff Amir Hakim McCain's Fourth Amended Complaint (Doc. No. 45), is GRANTED and the Fourth Amended Complaint is DISMISSED in its entirety with prejudice.

BY THE COURT:

/s/ Juan R. Sanchez

_____
Juan R. Sanchez,        C.J.